No. 4135.—MORRIS & Co., aplte., *v.* JOSÉ GONZÁLEZ CLEMENTE & CÍA., aplda.—C. D. Mayagüez. Enero 18, 1929. Vista la moción de reconsideración presentada por la demandante y apelante, se enmienda la última oración de la opinión en español dictada en este caso con fecha 20 de diciembre, 1928, de suerte que lea como sigue: "Hechos no suficientes para "determinar una causa de acción, al ser expuestos en una demanda, difícilmente podría sostenerse que justifican una sentencia a favor del demandante si son establecidos sin ampliación ulterior durante la vista." Y se declara sin lugar dicha moción de reconsideración.

El Juez Asociado Señor Texidor no intervino.